IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR404-196 |
| ) | |
| JAMAL RASHAD JINKS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant's Motion to Terminate Supervised Release. (Doc. 101.) After careful consideration of Defendant's motion and the record in this case, Defendant's Motion is **DENIED**.

SO ORDERED this 14th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA