IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. CR404-196
)
JAMAL JINKS, )
)
Defendant. )

## O R D E R

Before the Court is Defendant Jamal Jink's Motion to Travel. (Doc. 103.) In the motion, Defendant requests permission to travel from the Southern District of Georgia to Miami, Florida and Jamaica, leaving on October 1, 2017 and returning on October 7, 2017. The purpose of travel is for a family cruise. Neither the Government nor the United States Probation Office is opposed to Defendant's request.

After careful consideration, Defendant's Motion is **GRANTED**. Defendant, however, must continue to comply with all the conditions set forth by the Probation Office and shall provide that office with a trip itinerary, including addresses and phone numbers for his accommodations.

SO ORDERED this 30th day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA